**Order entered September 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00260-CR

### LAWRENCE RICHARD PARKER, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-81571-2015**

## ORDER

Appellant's September 27, 2016 motion to extend time for filing his brief is **GRANTED**.

Appellant's brief received by the Clerk of the Court on September 27, 2016 is **ORDERED**

timely filed on the date of this order.


/s/    ADA BROWN
        JUSTICE